JULES CHOPAK et al., Appellants, v. VIVA L. SOLOMON, Respondent.— Motion granted to the extent of dispensing with the printing of the exhibits; the originals to be submitted on the argument of the appeal. In all other respects the motion is denied, without prejudice to an application in the court below,

on the settlement of the case, to limit or abridge its contents as permitted by the provisions of the Civil Practice Act (§§ 575, 576) and the Rules of Civil Practice (rules 230, 231, 232). Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.